THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sadie Gloridean McCray, Appellant.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No.  2005-UP-041
Submitted December 1, 2004  Filed January 
 14, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Sadie Gloridean McCray (Appellant) was convicted of distribution 
 of crack cocaine and distribution of crack cocaine within proximity of a public 
 park.  She was sentenced to concurrent terms of twelve years in prison for each 
 count.  
On appeal, counsel for Appellant has filed a final brief along with a petition 
 to be relieved as counsel.  Appellant has filed a pro se response.  
 After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
 [1]                
APPEAL DISMISSED. [2] 
HEARN, C.J., and GOOLSBY and WILLIAMS, JJ., concur.

 
 [1]   In our Anders review, we noticed that 
 several documents relating to the drug evidence, such as a chain of custody 
 form, were included in the record, but they are not related to the current 
 appeal.  Their inclusion appears to be inadvertent.  For the benefit of the 
 parties, we note that we relied on the testimony in the record that was applicable 
 to this case and have ignored the extraneous documents as mere surplusage. 
 

 
 [2]   This case is decided without oral argument pursuant 
 to Rule 215, SCACR.